```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                  -v.-                                  1:16-cr-656-GHW

    GREGORY HERNANDEZ,                         ORDER

                  Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

As a result of the COVID-19 pandemic, the hearing scheduled for April 27, 2020 is adjourned to June 9, 2020 at 12:30 p.m. Unless otherwise ordered by the Court, the hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: March 23, 2020

                                                                     _____
                                                                     GREGORY H. WOODS
                                                                 United States District Judge