

**COUNSELORS AT LAW**

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan
Nicole R. Pozzi
Diane Ferrone (Of counsel)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/20

September 10, 2020

**By ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: <u>United States v. Gregory Hernandez</u>, 16 CR 656

Dear Judge Woods,

    We write to respectfully request a 90-day adjournment of Mr. Hernandez's sentencing for his violation of supervised released, currently scheduled for September 11, 2020. The government consents to this request.

    As advised by the Probation Department, on September 9, 2020, Mr. Hernandez had his fourth back surgery and is currently recuperating. The Probation Department has been monitoring the defendant's compliance, and reports that he is in compliance with his terms of supervised release. As a result of his surgery, the parties propose to adjourn this matter for 90 days.

    I also respectfully request that the parties appear remotely at the adjournment date as I am high-risk for COVID-19. Mr. Hernandez and the government consent to proceeding remotely.

    We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/

Dawn Cardi

cc:    All counsel (via ECF)

Application granted.  The sentencing is adjourned to December 8, 2020 at 2:00 p.m.  The Court expects that the sentencing will take place via Skype for Business.
SO ORDERED.

Dated: September 10, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Two Park Avenue, 19th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.684.3008 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com