UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,     **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-     1:16-CR-00656-GHW-17

GREGORY HERNANDEZ,

                                        Defendant(s).
-------------------------------------------------------------------X

Defendant Gregory Hernandez hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or ___ teleconferencing:

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

 X      Conference Before a Judicial Officer


_____ for Mr. Hernandez, with consent  _____
Defendant's Signature                                                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Gregory Hernandez                                                                         Dawn M. Cardi
Print Defendant's Name                                                                Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

January 11, 20201                                                                           _____
Date                                                                                                    U.S. District Judge/U.S. Magistrate Judge