UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,
                     -v-                                1:16-cr-656-GHW-17

    GREGORY HERNANDEZ,                          ORDER

                                  Defendant.
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 9, 2019, the Court entered judgment revoking the defendant's term of supervised release and sentencing him to a term of two months of imprisonment, to be followed by a two year term of supervised release. Dkt. No. 614.

During a conference held on March 2, 2021, for the reasons set forth on the record and with the defendant's consent, the Court ordered that the defendant's term of supervised release be extended by one year pursuant to 18 U.S.C. § 3583(e)(2).

      SO ORDERED.

Dated: March 5, 2021
New York, New York

                                                                GREGORY H. WOODS
                                                          United States District Judge