USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
   UNITED STATES OF AMERICA,

                -v.-                         1:16-cr-656-GHW

   GREGORY HERNANDEZ,                ORDER

                Defendant.
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The status conference scheduled for June 7, 2021 is adjourned *sine die*.

   SO ORDERED.

Dated: June 4, 2021
       New York, New York

                                                        GREGORY H. WOODS
                                                  United States District Judge